**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                NO. 4:14CR00143-3 JLH

STEPHEN HARRIS

### ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release *(docket entry #106)*. For good cause shown, the motion for issuance of a summons in GRANTED. The Clerk is directed to issue a summons to Defendant Stephen Harris for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on December 17, 2015, at 2:00 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 16th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE